**796**

Adrian STACY, etc., et al.

v.

The CITY OF NEWPORT, Kentucky.

Court of Appeals of Kentucky.

April 19, 1974.

Morris Weintraub, Bruce W. Henneberg, Newport, for appellants.

Lawrence Riedinger, Jr., Newport, for appellee.

PER CURIAM, Affirming.*

COMMONWEALTH of Kentucky, DEPART-MENT OF HIGHWAYS, Appellant,

v.

DIAMOND J. CORPORATION, a Kentucky corporation and Hartford Deposit Bank, Mortgagee, Appellees.

Court of Appeals of Kentucky.

April 19, 1974.

Carl T. Miller, Jr., General Counsel, Department of Highways, James D. Robinson, Acting General Counsel, Department of Highways, Frankfort, Jerry W. Nall, Nall & Stephens, Owensboro, Perry M. Lewis, Madisonville, for appellant.

Walter L. Catinna, Bartlett & Catinna, Hartford, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.

PITTSBURG AND MIDWAY COAL COMPANY and Gulf Oil Corporation, Appellants,

v.

Donald HEINE et al., Appellees.

Court of Appeals of Kentucky.

April 19, 1974.

J. Quentin Wesley, Wathen & Wesley, Morganfield, for appellants.

James Holloran, Sturgis, for appellees.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

Donnie R. DAVIS, an Infant by M. L. Davis, Father

v.

Catherine T. LAWHORN.

Court of Appeals of Kentucky.

April 19, 1974.

Edwin I. Baer, Baer & Grauman, Louisville, for appellant.

J. L. Richardson, Jr., Richardson & Richardson, I. G. Spencer, Jr., Louisville, for appellee.

Memorandum Opinion of the Court by Special Commissioner, J. HOWARD HOLBERT, Affirming.*

* Opinion ordered not to be published.